**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

V.

OTTO CANDIES, LLC

CIVIL ACTION
NO. 17-9584

CHIEF DISTRICT JUDGE
KURT D. ENGELHARDT

MAGISTRATE JUDGE
DANIEL E. KNOWLES, III

**ORDER**

Having considered the U.S. Equal Employment Opportunity Commission's Ex Parte Motion to Enroll Additional Counsel of Record (Rec. Doc. 4), as well as the record and the applicable law, **IT IS ORDERED** that the motion to enroll Michelle T. Butler is **GRANTED.**

New Orleans, Lousiana, this 19th day of October 2017.

HON. KURT D. ENGELHARDT
CHIEF DISTRICT JUDGE